UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2023
APRIL 8, 2025 SESSION

FILED
APR - 8 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00060
    21 U.S.C. § 841(a)(1)

KARTRAVION SINSATION DWAYNE VARNER
    also known as "DUTCH"

### I N D I C T M E N T

The Grand Jury Charges:

#### COUNT ONE

On or about August 9, 2023, at or near Summersville, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant KARTRAVION SINSATION DWAYNE VARNER, also known as "DUTCH," knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about August 9, 2023, at or near Summersville, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant KARTRAVION SINSATION DWAYNE VARNER, also known as "DUTCH," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about August 22, 2023, at or near Summersville, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant KARTRAVION SINSATION DWAYNE VARNER, also known as "DUTCH," knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT FOUR**

On or about August 22, 2023, at or near Summersville, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant KARTRAVION SINSATION DWAYNE VARNER, also known as "DUTCH," knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging a forfeiture pursuant to 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Pursuant to 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon conviction of defendant KARTRAVION SINSATION DWAYNE VARNER, also known as "DUTCH," of an offense in violation of 21 U.S.C. § 841(a)(1), as charged in Counts One, Two, Three, and Four of the Indictment, defendant KARTRAVION SINSATION DWAYNE VARNER, also known as "DUTCH," shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses and any property, including any firearms or ammunition, used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

LISA G. JOHNSTON
Acting United States Attorney

By: _____
LESLEY SHAMBLIN
Assistant United States Attorney